Marilyn C. Zilli, Asst. Public Defender, for appellant.

Marion E. MacIntyre, Second Asst. Dist. Atty., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO, LARSEN and FLAHERTY, JJ.

OPINION OF THE COURT

PER CURIAM:

This appeal is dismissed as improvidently granted.

402 A.2d 662

COMMONWEALTH of Pennsylvania, Appellee,

v.

John R. CONNER, Appellant.

Supreme Court of Pennsylvania.

Submitted May 21, 1979.

Decided July 5, 1979.

Bruce D. Foreman, Harrisburg, for appellant.

Marion E. MacIntyre, Second Asst. Dist. Atty., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO, LARSEN and FLAHERTY, JJ.

342

PER CURIAM:

Order affirmed.

402 A.2d 994

COMMONWEALTH of Pennsylvania, ex rel. Robert E. COLVILLE, District Attorney of Allegheny County, Pennsylvania, and Ben Rosenberg, Appellant,

v.

Stephen P. LAFFEY, Chief Magistrate of the City Court of the City of Pittsburgh.

Supreme Court of Pennsylvania.

April 27, 1979.

